STATE OF NEW JERSEY v. HARRY PALMER.

December 6, 1982.

Petition for certification denied.

MICHAEL FRINO v. FRANK A. PALMIERI.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CECELIA SWEENEY.

December 6, 1982.

Petition for certification denied.

NEW JERSEY TURNPIKE AUTHORITY v. FRANK
J. DESIDERIO.

December 6, 1982.

Petition for certification denied.